No. 71–5588. Tarlton v. United States. C. A. 6th Cir. Certiorari denied.

No. 71–5592. Ortiz v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–5593. Ray v. Foreman et al. C. A. 6th Cir. Certiorari denied.

No. 71–5594. White v. United States. C. A. 8th Cir. Certiorari denied.

No. 71–5595. Faulkner v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–5596. Neal v. American Veterans Committee. C. A. 5th Cir. Certiorari denied.

No. 71–5597. Oskins v. Coiner, Warden. Sup. Ct. App. W. Va. Certiorari denied.

No. 71–5598. Rozenfeld v. New York Board of Parole. C. A. 2d Cir. Certiorari denied.

No. 71–5600. Trudo v. United States; and
No. 71–5612. Tatro v. United States. C. A. 2d Cir. Certiorari denied. Reported below: 449 F. 2d 649.

No. 71–5602. Zimmerman v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–5603. Hunter v. City Solicitor of Philadelphia et al. C. A. 3d Cir. Certiorari denied.

No. 71–5604. Cohen v. United States. C. A. 8th Cir. Certiorari denied.

No. 71–5606. Williams v. Rogers, Secretary of State, et al. C. A. 8th Cir. Certiorari denied.